UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

__Brian C. Schwager__
__[Birth → Names,__
__Informment Lic→Name]:__
__Adam C. Schwager__
(Enter above the full name of
plaintiff in this action)

v.

__Ms. Jessica Keith Co.__
__Chesnoy N.S.H. / C.E.O./__
__M.C.C.F., Director__

(Enter above the full name of
the defendant(s) in this action)

Docket No.:
CIVIL CASE NO: __CP-46-CR-0004869-2023__
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

OCT 18 2023

PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff __Brian C. Schwager__ a citizen of
the County of __Montgomery Co., PA.__ State of
Pennsylvania, residing at __Norristown State Hospital, Ward=A-2, Room #=2611__
wishes to file a complaint under __Norristown State Hospital, Bldg. 1#,__
__Ward=A-2, Room#=2611, 1001 Sterigere St.—__
__Norristown, PA. 19401-5397__
(give Title No. etc.)

2. The defendant is _____

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____


4. WHEREFORE, plaintiff prays that _____

_____

_____

_____

_____

_____

*Brian C. Schwager*
(Signature of Plaintiff)

Dear U.S. District Court
  Middle District of PA.
   U.S. Courthouse, (and)
    Federal Office Building,

onto: year's → 2010 (or) 2011,
some-body (OR), many — people's, involved,
placing, onto

Federal Retardation Form's, onto: me [J], other's, that isn't
born, dated, retardated, in/at: Allentown State Hospital,

~~2016,~~
2017, 2018, 2019,
2020, 2021, 2022(d), 2023, into: Norristown State
  Hospital's —————→ Building's, they'd, are =
N.S.H., Building # = 10#, Building # = 5#, (and)
N.S.H., Building # = 10#, Building # = 1# ≠ setting
out-sider's/out →sider's → people's, for: placing

Federal Retardation, class-Action's Form's,
~~team~~ onto: me, when, I'm not born
Retardated,

they, trying setting to = all —————→ my =
Fort Knox, Ky. = Fed. Gov. Bullion Bank,
state → Bank's, Federal ————→ Bank's
that & can paying thee = A → Filing FEE/Administration FEE
they, trying setting to = all ————→ my =
congress, and Federal Gov. Bullion Bank,
Washington, D.C./N.W. ← ~~small~~ East — coast.

form:
year =
2011 to
2023,
too.

Please, contact: Harrisburg, the Bar, to flush in Pumpping, suction, cleanning(b), medical → med's, M.R.#, Exray's, Lab is suiting me up, into= Harrisburg, Pa.= C.I.A. military → uniform, and trans- petting to court, at this time = 1:30 a.m., too.

Rules and Condition's (E.P.): written permission (and), informent Lic. ← → Age's, Name's].
(&), working, w/
there, family – member's,
that's, working, as →

→ 1. M.C.C.F. —————→ Co. corr. officer's/Employee's/
Inmates/2. N.S.H. ————→ Employee's, that has → Patient's,
using, younger sister's, as kin/a    2011 → year's filing fed.
N.S.H., Key's(d),               Retardation's form's, com's./
N.S.H., ID's, (or)              setting, them from= Allentown
                                State Hospital, onto: med, other's.

$122.81 → zillion – dollars, Law suit's,

I have: $999 → sex – zillion's → dollar'(d), 999 → sex – zillion dis.abilities, condition/ medically → disabilities.
Law suit's, too. thee, Law suit's, are, going =
against= N.S.H./C.E.O./M.C.C.F. ————→ Ms. Jessika Keith G. Chesney, too.
thank you, very much!!



# SINCERELY,

Birth ————————————→ Name = Mr.
Brian Charles Schwager (d), Informent Lic. →
Name = Mr. Adam Charles Schwager...



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

PETER WELSH
Clerk of Court

**Brian (Adam) Charles Schwager**
**Norristown State Hospital**
1001 Sterigere Street
Norristown, PA 19401

October 6, 2023

In re:   Recent mailing

Ms. Waddell,

We are returning your recent mailing to our office as it appears to be an incomplete document, does not clearly reference a case already filed here and does not clearly indicate a case you'd like to initiate nor is it in any format that is discernable or otherwise already recognized by this court.

In the even this is intended as a new Federal Civil Complaint, or if you would like forms to file a new Federal Civil Complaint, we have included the proper forms to initiate one Pro Se (without an attorney)

Should you need known forms for any of the above, please do not hesitate to call or write us as above, we will assist you in any way we can.

While we do want to serve and assist, we can only do so by what's made clear to us.

PS – if you are attempting to inform authorities of actions which you feel are criminal in nature, you may wish to contact your local police, the District Attorney's Office for the county in which you live or the United States Attorney's Office (570-348-2800).


Sincerely,

Clerk's Office
For the United States District Court
For the Middle District of Pennsylvania


Encl



Brian Charles Schwager
1001 Sterigere St.
Norristown, Pa. 19401

U.S. District Court
for the
Middle District of PA.
William J. Nealson - Fed. Bldg. & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, Pa.
18501-1148

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff **Montgomery County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. C.I.A. Military Army Pentagon, Highly Power
ayed Attorney: Alexander M.W. Brown, Jr., Esq.
Army Recruitment Center, W. Box 251
Fort D-B, Washington, D.C. 20505

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [x] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [x] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [x] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [x] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [x] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [x] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [x] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [x] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [x] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [x] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [x] 290 All Other Real Property | [x] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [x] 465 Other Immigration Actions | | [x] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [x] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [x] 5 Transferred from Another District *(specify)* — Washington, D.C.
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
UN → DO: Federal Retardation Form's
Brief description of cause: Law suit's that's placing Fed. Retardation's forms against me that I'm not born retarded too

## VII. REQUESTED IN COMPLAINT:

[x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 18.10 → Dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.