IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CHARLES SCHWAGER,<br>    *Plaintiff*, | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4573 |
| JESSICA KEITH, *et al.*,<br>    *Defendants*. | : | |

## ORDER

AND NOW, this 5th day of December, 2023, upon consideration of Brian Charles Schwager's Motions to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 3), it is **ORDERED** that:

1. The Complaint is **DEEMED** filed.

2. For the reasons stated in the Court's Memorandum, Schwager's Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

3. The Motion to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    BY THE COURT:

    */s/ Gerald J. Pappert*
    **GERALD J. PAPPERT, J.**